# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY M. CHATTEM, | |
| Plaintiff, | Case No. 2:11-CV-01727-KJD-RJJ |
| v. | **ORDER** |
| BAC HOME LOAN SERVICING, LP, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Gary M. Chattem's Motion to Reopen Case (#39) and the Motion for Relief from Order on Motion to Dismiss (#40). Defendants BAC Home Loan Servicing, LP and DBLAT 2006-AR-6 have filed oppositions (## 41, 42) to these motions.

This Court dismissed Plaintiff's Amended Complaint on October 9, 2012 (#34). The Court granted dismissal with prejudice and stated that "Plaintiff may not amend his complaint or seek reconsideration of this order." Notwithstanding the Court's explicit instruction, on November 6, 2012, Plaintiff filed a Motion for Reconsideration (#36). The Court promptly struck this Motion (#37) for failure to comply with the Court's order.

1    Plaintiff expressly disobeyed the Court again and filed the instant motions on February 15
2 and February 19, 2013.  The Court will not consider Plaintiff's motions and orders that they are
3 stricken.
4    Because Plaintiff is representing himself pro se, the Court will not impose sanctions at this
5 time.  However, Plaintiff is warned that if he files any further motions for reconsideration, the Court
6 will immediately order him to pay the costs and fees incurred by Defendants in responding to all of
7 the motions seeking reconsideration.  The Court will also issue an order deeming Plaintiff a
8 vexatious litigant, impose restrictions on his ability to file cases in this Court, and order other
9 appropriate sanctions.
10   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen Case (#39) and the Motion
11 for Relief from Order on Motion to Dismiss (#40) are **STRICKEN.**
12   DATED this 28th day of March 2013.

_____
Kent J. Dawson
United States District Judge